BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00547-SBA (JCS) |
| Plaintiff, | AMENDED STIPULATION TO MODIFY RELEASE CONDITIONS; ~~PROPOSED~~ ORDER |
| vs. | |
| KAO SAEPHAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit the defendant to travel within the Eastern District of California for church or family visits at the discretion of the Pretrial Services Officer.

Defense counsel has corresponded with Rich Sarlatte, Pretrial Services Officer, and he has no objection to this request.

Date 7/14/09

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant SAEPHAN

1

| | |
|---|---|
| Date    7/14/09 | /s/<br>James Mann<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

      /S/ John Paul Reichmuth
      Counsel for Defendant Saephan

## ORDER

Pursuant to a stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified ~~to strike the electronic monitoring condition and~~ JCS to permit the defendant to travel within the Eastern District of California for church or family visits at the discretion of the Pretrial Services Officer.

IT IS SO ORDERED.

July 15, 2009
Date

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

HON. _____
UNITED STATES MAGISTRATE JUDGE

2