1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant SAEPHAN
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   No. CR-09-00547-SBA (JCS)
                                        )
12 |              Plaintiff,             )   STIPULATION TO MODIFY RELEASE
                                        )   CONDITIONS; ~~PROPOSED~~ ORDER
13 | vs.                                 )
                                        )
14 | KAO SAEPHAN,                        )
                                        )
15 |              Defendant.             )
     _____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 release conditions in this case be modified to strike the electronic monitoring condition.

19      Defense counsel has corresponded with Silvio Lugo, Pretrial Services Officer, and he

20 has no objection to this request.

21  _____          /s/_____
    Date   8/19/09                  John Paul Reichmuth
22                                  Assistant Federal Public Defender
                                    Counsel for defendant SAEPHAN

1

| | |
|---|---|
| Date   8/19/09 | /s/<br>James Mann<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.        /S/ John Paul Reichmuth
                                                                                            Counsel for Defendant Saephan

## ORDER

Pursuant to a stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to strike the electronic monitoring condition.

IT IS SO ORDERED.

| | |
|---|---|
| 08/20/09<br>Date | HON. Judge Joseph C. Spero<br>UNITED STATES MAGISTRATE JUDGE |

2