BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00547-SBA (JCS) |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION TO MODIFY |
| | ) | RELEASE CONDITIONS; ~~PROPOSED~~ |
| vs. | ) | ORDER |
| | ) | |
| KAO SAEPHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     IT IS HEREBY STIPULATED, by and between the parties to this action, that the drug testing and counseling conditions be struck from the release order, as there are no drug use allegations in this case.

     Defense counsel has spoken with Timothy Elder, Pretrial Services Officer, and he has no objection to this request.

Date   11/23/09

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant SAEPHAN

1

|   |   |
|---|---|
| Date   11/23/09 | /s/<br>James Mann<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.   /S/ John Paul Reichmuth
Counsel for Defendant Saephan

## ORDER

Pursuant to a stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the drug testing and counseling conditions be struck from the release order in this case.

IT IS SO ORDERED.

|   |   |
|---|---|
| 11/30/09<br>Date | HON. JOSEPH C. SPERO<br>UNITED STATES MAGISTRATE JUDGE |

2