BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00547-SBA |
| ) | |
| Plaintiff, ) | ORDER FOR CONTINUANCE AND |
| ) | EXCLUSION OF TIME UNDER THE |
| vs. ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| ) | SEQ. |
| KAO SAEPHAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from December 8, 2009 until January 12, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and legal research are necessary to the defense preparation of the case. Defense counsel will also be away from the district between December 22 and December 29. Government counsel is also in trial beginning December 7, 2009.

//

1

1       2.  Given defense counsel's need to review discovery and gather information and records
2  to present to the government, additional time is needed for effective preparation of counsel.
3       Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
4  speedy trial act, 18 U.S.C. Section 3161(H)(7)(A) and (B)(iv) from December 8, 2009 until
5  January 12, 2010.
6       IT IS FURTHER ORDERED that the STATUS HEARING date of December 8, 2009,
7  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset
8  for January 12, 2010 at 9:00 a.m.
9  DATED:12/8/09

               _____
               HON. SAUNDRA BROWN ARMSTRONG
               UNITED STATES DISTRICT JUDGE

2