BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00547-SBA |
| Plaintiff, | ) ) | ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE |
| vs. | ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| KAO SAEPHAN, | ) ) | |
| Defendant. | ) ) | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 26, 2010 until February 9, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and legal research are necessary to the defense preparation of the case.

2. Given defense counsel's need to review discovery, conduct legal research, and gather information and records to present to the government, additional time is needed for effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(7)(A) and (B)(iv) from January 26, 2010 until February 9, 2010.

IT IS FURTHER ORDERED that the STATUS HEARING date of January 26, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for February 9, 2010 at 9:00 a.m.

DATED: 1/25/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE