1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00547-SBA |
|---|---|---|
| Plaintiff, | ) | ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| vs. | ) | |
| KAO SAEPHAN, | ) | |
| Defendant. | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from February 23, 2010 until March 30, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and legal research are necessary to the defense preparation of the case, and because both counsel will be in jury trial for most of the month of March.

2. Given both counsels' need to review discovery, conduct legal research on immigration matters, additional time is needed for effective preparation of counsel.

1  Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
2  speedy trial act, 18 U.S.C. Section 3161(H)(7)(A) and (B)(iv) from February 23, 2010 until
3  March 30, 2010.

4  IT IS FURTHER ORDERED that the STATUS HEARING date of February 23, 2010,
5  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset
6  for March 30, 2010 at 9:00 a.m.

7  DATED: 2/22/10

8  _____
   HON. SAUNDRA BROWN ARMSTRONG
9  UNITED STATES DISTRICT JUDGE