BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00547-SBA (JCS) |
| Plaintiff, | STIPULATION TO MODIFY RELEASE CONDITIONS; ~~PROPOSED~~ ORDER |
| vs. | |
| KAO SAEPHAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. Saephan to travel to Southern California with his family to participate in the Western Career College Board Examinations as a dental patient, between, on or about, March 12 and March 14, 2010.

Defense counsel has communicated with Timothy Elder, Pretrial Services Officer, and he has no objection to this request.

Date 03/09/10     /s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant SAEPHAN

1

| | | |
|---|---|---|
| Date 03/09/10 | /s/<br>James Mann<br>Assistant United States Attorney | |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.   /S/ John Paul Reichmuth
Counsel for Defendant Saephan

ORDER

Pursuant to a stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Saephan to travel to Southern California with his family to participate in the Western Career College Board Examinations as a dental patient between, on or about, March 12 and March 14, 2010. Mr. Saephan shall furnish itinerary and contact information to his Pretrial Services Officer as directed.

IT IS SO ORDERED.

03/12/10
Date

HON.
UNITED                                    JUDGE

Judge Joseph C. Spero

2