UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KAO KWENG SAEPHAN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-09-00547 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 4, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    April 20, 2010<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 20, 2010 to May 4, 2010, and that time be excluded under the Speedy Trial Act between April 15, 2010 and May 4, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

The government has produced substantial discovery to defendant regarding five separate burglaries and six stolen firearms (over 130 pages of reports and 8 CDs of photographs).  The government has also produced recorded telephone calls and other digital discovery.  Defense counsel also needs additional time to conduct legal research regarding potential immigration consequences for defendant of a conviction in this case.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 4, 2010 AND TO EXCLUDE TIME
No. CR-09-00547 SBA

1  speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting
2  the continuance outweigh the best interests of the public and defendants in a speedy trial.  Good
3  cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
4      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  April 20, 2010 to May 4, 2010 at 9:00 a.m., and that time between April *20*, 2010 and May 4,
6  2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
7  taking into account the exercise of due diligence.

9  DATED:4/20/10                                                *Saundra B Armstrong*
10                                                       HON. SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge