1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant SAEPHAN

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,          )      No. CR-09-00547-SBA
11                                      )
                      Plaintiff,        )      [~~PROPOSED~~] ORDER FOR
12                                      )      CONTINUANCE AND EXCLUSION OF
    vs.                                 )      TIME UNDER THE SPEEDY TRIAL ACT,
13                                      )      18 U.S.C. § 3161 ET SEQ.
    KAO SAEPHAN,                        )
14                                      )
                      Defendant.        )
15   _____)

16                                **ORDER**

17       Based on the reasons provided in the stipulation of the parties above, the court hereby

18   FINDS:

19       1. The ends of justice served by the granting of the continuance from May 4, 2010 until

20   June 8, 2010 outweigh the best interests of the public and the defendant in a speedy and public

21   trial because additional investigation and legal research concerning possible resolutions to this

22   case are necessary to the defense preparation of the case.  Government counsel is also

23   unavailable on May 18, 2010.

24       2.  Given defense counsel's need to review discovery, and conduct legal research on

25   immigration matters, additional time is needed for effective preparation of counsel.

26

                                        1

1    Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

2  speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv) from May 4, 2010 until June 8,

3  2010.

4    IT IS FURTHER ORDERED that the STATUS HEARING date of May 4, 2010,

5  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset

6  for June 8, 2010 at 9:00 a.m.

7  DATED: 5/3/10

8    _____
     HON. SAUNDRA BROWN ARMSTRONG
9         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2