BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00547-SBA |
| | ) | |
| Plaintiff, | ) | ORDER FOR CONTINUANCE AND |
| | ) | EXCLUSION OF TIME UNDER THE |
| vs. | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| | ) | SEQ. |
| KAO SAEPHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from June 8, 2010 until June 22, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and legal research concerning possible resolutions to this case are necessary to the defense preparation of the case, given possible immigration consequences of a plea.

2. Given defense counsel's need to review discovery, and conduct legal research on immigration matters, additional time is needed for effective preparation of counsel.

1

1    Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) and (B)(4) from June 8, 2010 until June 22, 2010.

IT IS FURTHER ORDERED that the STATUS HEARING date of June 8, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for June 22, 2010 at 11:00 a.m. for CHANGE OF PLEA.

DATED: 6/7/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

2