BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00547-SBA |
| ) | |
| Plaintiff, ) | ORDER FOR CONTINUANCE AND |
| ) | EXCLUSION OF TIME UNDER THE |
| vs. ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| ) | SEQ. |
| KAO SAEPHAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from June 22, 2010 until July 20, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and legal research concerning possible resolutions to this case are necessary to the defense preparation of the case, given possible immigration consequences of a plea, and because defense counsel will be out of the office on leave for a period of up to two weeks between June 22 and July 20, 2010.

1

2. Given defense counsel's need to review discovery, and conduct legal research on immigration matters, and given counsel's unavailability during part of the period between June 22 and July, 20, additional time is needed for effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) and (B)(4) from June 22, 2010 until July 20, 2010.

IT IS FURTHER ORDERED that the CHANGE OF PLEA HEARING date of June 22, 2010, scheduled at 11:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for July 20, 2010 at 2:00 p.m. for CHANGE OF PLEA.

DATED:6/21/10

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE